| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| HUSCH BLACKWELL SANDERS<br>1620 DODGE STREET, #2100<br>OMAHA, NE  68102 | (402) 964-5142 | FILED<br>08 MAR 28 PH 2:35 |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00234593-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
GALLUP, INC. vs. BUSINESS RESEARCH BUREAU

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 1577 EDL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, WELCOME TO USDC, DROP BOX FILING PROCEDURES, NOTICE OF ASSIGNMENT, ECF REGISTRATION INFORMATION

Name: BUSINESS RESEARCH BUREAU, D/B/A GALLUP PAKISTAN

Person Served: IJAZ SHAFI GILANI
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: 03/27/08
Time of Delivery: 10:22 am

Place of Service: 333 O'FARRELL STREET
SAN FRANCISCO, CA 94102                    **Business**

Manner of Service:   **Personal Service - By Personally Delivering Copies.**

Fee for service:    $ 319.90

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . San Francisco . . . County,
Number: . . . . 2007-0001016 . . . . . .
Expiration Date:  06/01/2009
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250
303/00234593-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . . March 28, 2008 . . . . . . . ,
at: . . . . . . . . . San Francisco . . . . , California.

Signature: _____
Name: DREW SOTO
Title: (i) employee

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| HUSCH BLACKWELL SANDERS<br>1620 DODGE STREET, #2100<br>OMAHA, NE  68102 | (402) 964-5142 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00234593-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
GALLUP, INC. vs. BUSINESS RESEARCH BUREAU

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 1577 EDL |
|---|---|---|---|---|

I received the within process on March 25, 2008 and that after due and diligent effort I have been able to effect personal service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.

Name:     BUSINESS RESEARCH BUREAU, D/B/A GALLUP PAKISTAN

Home:     UNKNOWN

Business: 333 O'FARRELL STREET
          SAN FRANCISCO, CA 94102

As enumerated below:

03/27/08   10:22 am   PERSONAL SERVICE. IJAZ SHAFI GILANI ACKNOWLEDGED NAME AND SHOOK MY HAND. I TOLD HIM THE NATURE OF THE DOCUMENTS BEING SERVED. HE REFUSED TO TAKE THEM AND WALKED INTO A CONFERENCE ROOM. I FOLLOWED HIM INTO THE CONFERENCE ROOM, TOLD HIM THE NATURE OF THE DOCUMENTS, AND AGAIN HE REFUSED TO TAKE THEM. I LEFT THE DOCUMENTS ON THE SEAT NEXT TO HIM.

Fee for service:    $ 319.90

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: ...San Francisco... County,
    Number:.... 2007-0001016 ........
    Expiration Date:  06/01/2009
    PREFERRED LEGAL SERVICES, INC.
    210 Fell Street, #19
    San Francisco, CA 94102
    (415) 882-2250
    321/00234593-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: ........./.March 28, 2008........,
at: .........San Francisco......, California.

Signature: _____
Name: DREW SOTO
Title: (i) employee