MONICA K. HOPPE (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email: monica.hoppe@huschblackwell.com

TRENTEN P. BAUSCH (*pro hac vice* application forthcoming)
HENRY L. WIEDRICH (*pro hac vice* application forthcoming)
HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Email: trent.bausch@huschblackwell.com, henry.wiedrich@huschblackwell.com

Attorneys for Plaintiff
GALLUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN, and IJAZ SHAFI GILANI,<br><br>        Defendants. | Case No. CV 08-1577   EDL<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN** |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff, GALLUP, INC., hereby requests that the clerk of the above-entitled Court enter a default in this matter against Defendant Business Research Bureau, d/b/a Gallup Pakistan ("BRB"), on the grounds that Defendant BRB has failed to respond to Plaintiff's complaint

within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on Defendant BRB on March 27, 2008 via personal service, as evidenced by the Proof of Service on file with this Court. The time to answer has expired.

The above stated facts are set forth in the accompanying declaration of Monica K. Hoppe, Attorney for Plaintiff, filed herewith.

Dated this 6th day of May, 2008.

Respectfully submitted,

By: s/ Monica K. Hoppe
Monica K. Hoppe (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email:    monica.hoppe@huschblackwell.com

Trenten P. Bausch (*pro hac vice* application forthcoming)
Henry L. Wiedrich (*pro hac vice* application forthcoming)
HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Facsimile: (402) 964-5050

Attorneys for Plaintiff
GALLUP, INC.