MONICA K. HOPPE (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email: monica.hoppe@huschblackwell.com

TRENTEN P. BAUSCH (*pro hac vice* application forthcoming)
HENRY L. WIEDRICH (*pro hac vice* application forthcoming)
HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Email: trent.bausch@huschblackwell.com, henry.wiedrich@huschblackwell.com

Attorneys for Plaintiff
GALLUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN, and IJAZ SHAFI GILANI,<br>　　　　　Defendants. | Case No. CV 08-1577   EDL<br><br>**DECLARATION OF MONICA K. HOPPE IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN** |

I, Monica K. Hoppe, declare as follows:

1.　　　I am an attorney duly licensed to practice law in the State of California and before the federal courts in this State. I am an attorney with the law firm Husch Blackwell Sanders LLP and I am counsel of record for Plaintiff Gallup, Inc. ("Gallup") in this matter. I have personal

knowledge of the matters stated herein, except as to matters upon which I state are based upon information and belief. If called as a witness, I could and would competently testify to the same.

2. This declaration is submitted in support of Gallup's Request for Clerk to Enter Default against Defendant Business Research Bureau, d/b/a Gallup Pakistan ("BRB").

3. On March 27, 2008, Defendant BRB was served by personal service with a Summons, Complaint, Order Setting Initial Case Management Conference, Welcome to USDC, Drop Box Filing Procedures, Notice of Assignment, and ECF Registration Information regarding the above captioned matter, as is evidenced by the Proof of Service on file with this Court (Docket # 7).

4. Pursuant to the Federal Rules of Civil Procedure, Defendant BRB had until April 16, 2008 to file an Answer to the Complaint.

5. On April 22, 2008, our firm was contacted by potential defendants' counsel, which potential counsel informed us that they were in the process of being retained to represent Defendants BRB and Gilani and requested a 30 day extension.

6. Plaintiff's counsel agreed not to move for default until May 2, 2008 and subsequently agreed to not move for default until May 5, 2008, but Plaintiff's counsel did not agree to a 30 day extension at that time. Plaintiff's counsel indicated that if Defendants BRB and Gilani retained said counsel by the end of business on May 5, 2008, in order to enter an appearance on their behalf, Plaintiff would agree to an extension of the answer deadline until May 22, 2008.

7. As of the date of this filing, potential defendants' counsel have not entered an appearance.

8. As of the date of this filing, no Answer has been filed by Defendant BRB.

1

2    Dated this 6th day of May, 2008.

3
                                              By: _s/ Monica K. Hoppe_____
4                                             Monica K. Hoppe
                                              Counsel for Plaintiff Gallup, Inc.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24