1  MONICA K. HOPPE (Bar # 197576)
   HUSCH BLACKWELL SANDERS LLP
2  1699 Laurelwood Drive
   San Jose, CA 95125
3  Telephone:  (408) 829-2889
   Facsimile:  (402) 964-5050
4  Email: monica.hoppe@huschblackwell.com

5  TRENTEN P. BAUSCH (*pro hac vice* application forthcoming)
   HENRY L. WIEDRICH (*pro hac vice* application forthcoming)
6  HUSCH BLACKWELL SANDERS LLP
   1620 Dodge Street, Suite 2100
7  Omaha, NE 68102
   Telephone:  (402) 964-5000
8  Facsimile:  (402) 964-5050
   Email: trent.bausch@huschblackwell.com, henry.wiedrich@huschblackwell.com
9
   Attorneys for Plaintiff
10 GALLUP, INC.

11
                    UNITED STATES DISTRICT COURT
12
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14
   GALLUP, INC.,                          Case No. CV 08-1577   EDL
15
            Plaintiff,
16        vs.

17 BUSINESS RESEARCH BUREAU, d/b/a        **REQUEST FOR CLERK TO ENTER**
   GALLUP PAKISTAN, and IJAZ SHAFI        **DEFAULT AGAINST DEFENDANT**
18 GILANI,                                **IJAZ SHAFI GILANI**
            Defendants.
19

20

21 TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

22        Plaintiff, GALLUP, INC., hereby requests that the clerk of the above-entitled Court enter

23 a default in this matter against Defendant Ijaz Shafi Gilani ("Gilani"), on the grounds that

24 Defendant Gilani has failed to respond to Plaintiff's complaint within the time prescribed by the

OM-264870-1                              1

1 | Federal Rules of Civil Procedure. Plaintiff served the complaint on Defendant Gilani on March

2 | 27, 2008 via personal service, as evidenced by the Proof of Service on file with this Court. The

3 | time to answer has expired.

4 |     The above stated facts are set forth in the accompanying declaration of Monica K. Hoppe,

5 | Attorney for Plaintiff, filed herewith.

6 |     Dated this 6th day of May, 2008.

7 |                           Respectfully submitted,

9 | By: _s/ Monica K. Hoppe_____
Monica K. Hoppe (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP

10 | 1699 Laurelwood Drive
San Jose, CA 95125

11 | Telephone: (408) 829-2889
Facsimile: (402) 964-5050

12 | Email: monica.hoppe@huschblackwell.com

13 | Trenten P. Bausch (*pro hac vice* application forthcoming)

14 | Henry L. Wiedrich (*pro hac vice* application forthcoming)

15 | HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100

16 | Omaha, NE 68102
Telephone: (402) 964-5000

17 | Facsimile: (402) 964-5050

18 | Attorneys for Plaintiff
GALLUP, INC.

19

20

21

22

23

24