MONICA K. HOPPE (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email: monica.hoppe@huschblackwell.com

TRENTEN P. BAUSCH (*pro hac vice* application forthcoming)
HENRY L. WIEDRICH (*pro hac vice* application forthcoming)
HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Email: trent.bausch@huschblackwell.com, henry.wiedrich@huschblackwell.com

Attorneys for Plaintiff
GALLUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC.,<br><br>　　　　Plaintiff,<br>vs.<br><br>BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN, and IJAZ SHAFI GILANI,<br>　　　　Defendants. | Case No. CV 08-1577   EDL<br><br>**DECLARATION OF MONICA K. HOPPE IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT IJAZ SHAFI GILANI** |

I, Monica K. Hoppe, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the federal courts in this State. I am an attorney with the law firm Husch Blackwell Sanders LLP

1  and I am counsel of record for Plaintiff Gallup, Inc. ("Gallup") in this matter. I have personal
2  knowledge of the matters stated herein, except as to matters upon which I state are based upon
3  information and belief. If called as a witness, I could and would competently testify to the same.

4      2.    This declaration is submitted in support of Gallup's Request for Clerk to Enter
5  Default against Defendant Ijaz Shafi Gilani ("Gilani").

6      3.    On March 27, 2008, Defendant Gilani was served by personal service with a
7  Summons, Complaint, Order Setting Initial Case Management Conference, Welcome to USDC,
8  Drop Box Filing Procedures, Notice of Assignment, and ECF Registration Information regarding
9  the above captioned matter, as is evidenced by the Proof of Service on file with this Court
10 (Docket # 6).

11     4.    Pursuant to the Federal Rules of Civil Procedure, Defendant Gilani had until April
12 16, 2008 to file an Answer to the Complaint.

13     5.    On April 22, 2008, our firm was contacted by potential defendants' counsel,
14 which potential counsel informed us that they were in the process of being retained to represent
15 Defendants BRB and Gilani and requested a 30 day extension.

16     6.    Plaintiff's counsel agreed not to move for default until May 2, 2008 and
17 subsequently agreed to not move for default until May 5, 2008, but Plaintiff's counsel did not
18 agree to a 30 day extension at that time. Plaintiff's counsel indicated that if Defendants BRB and
19 Gilani retained said counsel by the end of business on May 5, 2008, in order to enter an
20 appearance on their behalf, Plaintiff would agree to an extension of the answer deadline until
21 May 22, 2008.

22     7.    As of the date of this filing, potential defendants' counsel have not entered an
23 appearance.

24

8. As of the date of this filing, no Answer has been filed by Defendant Gilani.

Dated this 6th day of May, 2008.

                                       By: s/ Monica K. Hoppe
                                             Monica K. Hoppe
                                             Counsel for Plaintiff Gallup, Inc.