





7 May 2008









The Chief Clerk
US District Court
California Northern District (San Francisco)
Fax No. 415 522 3605

450 Golden Gate Avenue 16th Floor Room 11...

San Francisco, California 94102

<u>Sent by fax; Will be followed up by a hard copy of the paper along with few other details through courier</u>

**<u>URGENT</u>**

Dear Sir,

**<u>Gallup Inc –v- Business Research Bureau (1) and Ijaz Shafi Gilani (2)</u>**
**<u>Civil Docket for Case #: 3:08-cv-01577-EDL</u>**

I am the second defendant in the above Case

I am writing to you as I understand the Plaintiff Gallup Inc. may apply for a Default Judgement against me and also against the First Defendant, Business Research Bureau ("BRB")

I formally request the Court to treat this letter as my Answer to the Complaint and to permit me to file my Answer out of time, or alternatively (b) to oppose any application by the Plaintiff for Default Judgement against me and BRB. I will be following this up with a few more points to complete the answer. In the meanwhile, I would like you to consider the following:

1. The first time I became aware that Gallup Inc. had started Court proceedings against me was only because a firm of lawyers based in San Francisco, with whom I had no prior dealings and of whom I had no knowledge, contacted me to on my Pakistan address to say that they had discovered these proceedings by going through the public record at Court and they asked if I wished to instruct them to act for me.

2. The first time I actually saw these proceedings (without copies of the Exhibits referred to therein which I still not seen) was on April 19, 2008 when I was in Pakistan. This was a result of lawyers with offices in San Francisco and San Diego, Musick, Peeler & Garrett LLP who had been introduced to me obtaining a copy of the Court papers.

Post Office Box # 1066 Islamabad, Pakistan
Phone ...

# DR. IJAZ SHAFI GILANI

3. I saw that those papers included a statement that the proceedings were served on me and on Business Research Bureau on March 27, 2008 at 33 O'Farrell Street, San Francisco, CA 94102. The manner of service was stated to be "Personal Service – By Personally Delivering Copies." However, I wholeheartedly challenge that service was effected on me, let alone also on BRB.

4. I clearly recall what happened on the morning of March 27, 2008. This is because I was due to address a private academic meeting to which entry was by ticket/paid registration only at a conference of the International Studies Association Convention. Just before I was due to give my address two gentlemen who **never** introduced themselves to me nor explained their purpose in trying to speak to me nor did they explain the nature and effect of the contents of an envelope which they tried to push towards me. I did not receive nor did I touch the envelope nor any of its contents and had no understanding at all that these men were attempting to affect service of legal proceedings on me. I have never previously experienced anyone trying to serve proceedings on me in this way. I found the sudden interruption by these men (who I am sure did not have tickets to enter the private area) an enormous distraction to me while I was concentrating my detailed thoughts on preparing to give my address.

5. Soon after I saw the papers on April [illegible], 2008 I arranged for Musick, Peeler to contact the lawyers acting for the Plaintiff to request an extension of time beyond the time limit prescribed in the Court papers for filing an Answer. I did this so that I could try to fund obtaining legal advice and to see whether it might be possible for me to retain Musick, Peeler on the basis that they [illegible] went on the Court record to represent me. They spoke with the Plaintiff's lawyers who agreed to an extension until the end of last Friday May 2, 2008. Unfortunately, as a researcher and an academic from a low income country, I do not have sufficient available funds to retain Musick, Peeler on this basis which is why I am now writing this letter directly to the Court.

6. In summary, therefore, I respectfully ask the Court to order that:-

   (1) This letter, and the [illegible] that I send tomorrow, be treated as my Answer in these proceedings.

   (2) There be an extension of time for filing this letter as my Answer,

   (3) The Plaintiff therefore be denied the entry of Default Judgment against me and that I be permitted to defend the Complaint.

   (4) That no proper service has been effected on BRB.

7. Lastly, please kindly record my address at the bottom of this letterhead as the address on the Court record for the service of documents in this Complaint.

Yours faithfully,

**Dr. Ijaz Shafi Gilani**

Post Office Box # 1055, Islamabad, Pakistan
Phone: [illegible]

– By Personally [illegible] any challenge that service was effected [illegible] BEB.

4. I clearly recall what happened [illegible] of March [illegible], 2008. This is because I was due to address a private [illegible] at the time, for which entry was by ticket/paid registration only, at a [illegible] International Studies Association Convention. Just before I was due to give [illegible] two gentlemen who never introduced themselves to me nor explained their purpose in trying to speak to me nor did they explain the nature and status of the contents of an envelope which they tried to push towards me. I did not receive or touch the envelope nor any of its contents and had no understanding at all that these men were attempting to effect service of legal proceedings on me. I have never previously experienced anyone trying to serve proceedings on me in this way. I found the sudden interruption by these men (who I am sure did not have tickets to enter the private area) an enormous distraction to me while I was concentrating my [illegible] on preparing to give my address.

5. Soon after I saw the papers on April [illegible], 2008 I arranged for Musick, Peeler to contact the lawyers acting for the Plaintiff to request an extension of time beyond the time limit prescribed in the Court papers for filing an Answer. I did this so that I could try to fund obtaining legal advice and to see whether it might be possible for me to retain Musick, Peeler on the basis that they formally went on the Court record to represent me. They spoke with the Plaintiff's lawyer who agreed to an extension until the end of last Friday May 2, 2008. [illegible], as a researcher and an academic from a low income country, I do not have sufficient available funds to retain Musick, Peeler on this basis which is why I am now writing this letter directly to the Court.

6. In summary, therefore, I respectfully ask this Court to order that:-

(1) This letter, and the further points that I send tomorrow, be treated as my Answer in these proceedings.

(2) There be an extension of time for filing this letter as my Answer,

(3) The Plaintiff [illegible] be denied the entry of Default Judgment against me and that I be permitted to defend the Complaint.

(4) That no proper service has been effected on BEB.

7. Lastly, please kindly accept my address at the bottom of this letterhead as the address on the Court record for the service of documents in this Complaint.

Yours faithfully,

Dr. Ijaz Shafi Gilani

Post Office Box 1595 Islamabad Pakistan
Phone [illegible] 8544653

Judgement against me and also against the First Defendant, Business Research Bureau ("BRB").

I formally request the Court to treat this letter as (a) my Answer to the Complaint and to permit me to file my Answer out of time, or alternatively (b) to oppose any application by the Plaintiff for Default Judgement against me and BRB. I will be following this up with a few more points to complete this answer, tomorrow. In the meanwhile, I would like you to consider the following:

1. The first time I became aware that Gallup Inc. had started Court proceedings against me was only because a firm of lawyers based in San Francisco, with whom I had no prior dealings and of whom I had no knowledge, contacted me to on my Pakistan address to say that they had discovered these proceedings by going through the public record at Court and they asked if I wished to instruct them to act for me.

2. The first time I actually saw these proceedings (without copies of the Exhibits referred to therein which I still not seen) was on April 19, 2008 when I was in Pakistan. This was a result of lawyers with offices in San Francisco and San Diego, Musick, Peeler & Garrett LLP who had been introduced to me obtaining a copy of the Court papers.

**Post Office Box # 1055, Islamabad, Pakistan**
**Phone:** 0300-8544656