IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP INC, <br><br> Plaintiff, <br><br> v. <br><br> BUSINESS RESEARCH BUREAU, et al., <br><br> Defendants. | No. C-08-01577 EDL <br><br> **ORDER CONSTRUING DEFENDANT GALANI'S MAY 7, 2008 AND MAY 8, 2008 LETTERS AS A TIMELY ANSWER TO THE COMPLAINT ON BEHALF OF GILANI ONLY** |

Plaintiff Gallup, Inc. filed this trademark infringement action on March 24, 2008 against Defendants Ijaz Shafi Galani and Business Research Bureau doing business as Gallup Pakistan. On May 6, 2008, Plaintiff filed requests for entry of default against both Defendants. On May 7, 2008 and May 8, 2008, Defendant Galani faxed two letters to the Court asking the Court to: (1) treat the letters as his answer; (2) grant an extension of time for filing the letters as the answer; (3) deny entry of default; and (4) find that service on Defendant Business Research Bureau was not proper.

Good cause appearing, the Court grants Mr. Gilani's request for extension of time to answer, and construes the May 7 and May 8 letters as a timely answer to the complaint. There is no indication that Mr. Gilani is a lawyer, so while he can represent himself in this matter (see Civil L.R. 3-9(a)), he cannot represent Business Research Bureau (see Civil L.R. 3-9(b)). Further, a corporation cannot represent itself. See Civil L.R. 3-9(b). Therefore, the answer shall be filed on behalf of Mr. Gilani only. The Court declines to make any finding as to whether or not service was

1 | appropriate as to Business Research Bureau.

2 | **IT IS SO ORDERED.**

3 | Dated: May 9, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge