**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 12, 2008

**RE:   GALLUP INC -v-  BUSINESS RESEARCH BUREAU. et al.**
         **Case No. C-08-1577-EDL**

**Default** is *entered* as to *Defendant Business Research Bureau, d/b/a Gallup Pakistan* on **May 12, 2008.**


RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
      Deputy Clerk

NDC TR-4  Rev. 3/89