**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking	General Court Number
Clerk	415.522.2000

May 12, 2008

**RE:  GALLUP INC -v-  BUSINESS RESEARCH BUREAU. et al.**
      **Case No. C-08-1577-EDL**

**Default** is *Declined*  as to *Defendant Ijaz Shafi Gilani* on **May 12, 2008.**


RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
     Deputy Clerk

NDC TR-4  Rev. 3/89