UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GALLUP, INC.

CASE NO. CV 08-1577

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

BUSINESS RESEARCH BUREAU, d/b/a
GALLUP PAKISTAN, and IJAZ SHAFI
GILANI

Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 1, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Monica Hoppe | Gallup, Inc. | (408) 829-2889 | monica.hoppe@huschblackwell.com |
| Trent Bausch | Gallup, Inc. | (402) 964-5024 | trent.bausch@huschblackwell.com |

Counsel for Gallup has made repeated attempts to contact Defendant Gilani in Pakistan regarding the parties' various meet and confer obligations, including the requirement to meet and confer regarding ADR options.

Counsel for Gallup has not received any responsive communications from Defendant.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: June 10, 2008

s/ Monica K. Hoppe
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant

Rev 12.05