| | |
|---|---|
| 1 | MONICA K. HOPPE (Bar # 197576) |
|   | HUSCH BLACKWELL SANDERS LLP |
| 2 | 1699 Laurelwood Drive |
|   | San Jose, CA 95125 |
| 3 | Telephone: (408) 829-2889 |
|   | Facsimile: (402) 964-5050 |
| 4 | Email: monica.hoppe@huschblackwell.com |
| 5 | TRENTEN P. BAUSCH (*pro hac vice* application forthcoming) |
|   | HENRY L. WIEDRICH (*pro hac vice* application forthcoming) |
| 6 | HUSCH BLACKWELL SANDERS LLP |
|   | 1620 Dodge Street, Suite 2100 |
| 7 | Omaha, NE 68102 |
|   | Telephone: (402) 964-5000 |
| 8 | Facsimile: (402) 964-5050 |
|   | Email: trent.bausch@huschblackwell.com, henry.wiedrich@huschblackwell.com |
| 9 | |
|   | Attorneys for Plaintiff |
| 10 | GALLUP, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC., | Case No. CV 08-1577   EDL |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN, and IJAZ SHAFI GILANI, | |
| Defendants. | |

The undersigned hereby certifies and states that true and correct copies of the ADR Certification by Plaintiff and Counsel and Notice of Need for ADR Phone Conference, filed June 10, 2008, were sent by United States first class mail, postage prepaid and United States express mail proof of delivery requested, on June 10, 2008, to:

Dr. Ijaz Shafi Gilani

Post Office Box #1055

Islamabad, Pakistan

Additionally, the undersigned hereby certifies and states that true and correct copies of the ADR Certification by Plaintiff and Counsel and Notice of Need for ADR Phone Conference, filed June 10, 2008, were sent by United States first class mail, postage prepaid, on June 10, 2008, to:

U.S. District Court – ADR Unit

450 Golden Gate Avenue, 16th Floor

San Francisco, CA  94102

Dated this 10th day of June, 2008.

By:  s/ Monica K. Hoppe
Monica K. Hoppe
Counsel for Plaintiff Gallup, Inc.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies and states that a true and correct copy of the foregoing Certificate of Service was sent by United States first class mail, postage prepaid and United States express mail proof of delivery requested on June 10, 2008, to:

Dr. Ijaz Shafi Gilani

Post Office Box #1055

Islamabad, Pakistan

By:  s/ Monica K. Hoppe
Monica K. Hoppe
Counsel for Plaintiff Gallup, Inc.