Husch Blackwell Sanders LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
(402) 964-5000

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Gallup, Inc.,

              Plaintiff(s),

    v.

Business Research Bureau, d/b/a Gallup Pakistan, and Ijaz Shafi Gilani,

              Defendant(s).

CASE NO. CV-08-1577 EDL

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, **Trenten P. Bausch**, an active member in good standing of the bar of **the State of Nebraska**, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing **Plaintiff Gallup, Inc.** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Monica K. Hoppe. 1699 Laurelwood Drive, San Jose, CA 95125
   (408) 829-2889.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30th, 2008