UNITED STATES DISTRICT COURT

Northern District of California

Gallup, Inc.,

CASE NO.  CV-08-1577  EDL

Plaintiff(s),

v.

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Business Research Bureau, d/b/a Gallup
Pakistan, and Ijaz Shafi Gilani,

Defendant(s).

_____/

Trenten P. Bausch                    , an active member in good standing of the bar of

the State of Nebraska                    whose business address and telephone number

(particular court to which applicant is admitted)

is

Nebraska State Bar Association
635 S. 14th Street, P.O. Box 81809, Lincoln, NE 68501
(402) 475-7091                                                                                ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Plaintiff Gallup, Inc.

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____

United States Magistrate  Judge

UNITED STATES DISTRICT COURT
For the Northern District of California