| | |
|---|---|
| Clerk's Use Only | |
| Initial for fee pd.: | |

Henry L. Wiedrich
Husch Blackwell Sanders LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
(402) 964-5000

FILED
JUN 9 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Gallup, Inc.,

                    Plaintiff(s),

    v.

Business Research Bureau, d/b/a Gallup Pakistan, and Ijaz Shafi Gilani,

                    Defendant(s).

CASE NO. CV-08-1577 EDL

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, __Henry L. Wiedrich__, an active member in good standing of the bar of __the State of Nebraska__, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing __Plaintiff Gallup, Inc.__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Monica K. Hoppe. 1699 Laurelwood Drive, San Jose, CA 95125
(408) 829-2889.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/13/2008

                                          /s/ Henry J. Wiedrich