**RECEIVED**
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Gallup, Inc.,

                Plaintiff(s),

v.

Business Research Bureau, d/b/a Gallup Pakistan, and Ijaz Shafi Gilani,

                Defendant(s).
_____/

CASE NO. CV-08-1577 EDL

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Henry L. Wiedrich, an active member in good standing of the bar of the State of Nebraska whose business address and telephone number (particular court to which applicant is admitted) is

Nebraska State Bar Association
635 S. 14th Street, P.O. Box 81809, Lincoln, NE 68501
(402) 475-7091

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Gallup, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States Magistrate Judge