1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  GALLUP, INC.,

12                                              No. C    08-1577 EDL

13              Plaintiff(s),              **DECLINATION TO PROCEED BEFORE
                                           A MAGISTRATE JUDGE**
          v.                                              **AND**
14  BUSINESS RESEARCH BUREAU, d/b/a        **REQUEST FOR REASSIGNMENT TO A
    GALLUP PAKISTAN, and IJAZ SHAFI        UNITED STATES DISTRICT JUDGE**
15  GILANI.
              Defendant(s).
16  _____/

17      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18      The undersigned party hereby declines to consent to the assignment of this case to a United

19  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20  a United States District Judge.

21

22  Dated: _June 19, 2008_          Signature _____

23
                                    Counsel for _Plaintiff_____
24                                  (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28