MONICA K. HOPPE (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email: monica.hoppe@huschblackwell.com

TRENTEN P. BAUSCH (*pro hac vice*)
HENRY L. WIEDRICH (*pro hac vice*)
HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Email: trent.bausch@huschblackwell.com, henry.wiedrich@huschblackwell.com

Attorneys for Plaintiff
GALLUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN, and IJAZ SHAFI GILANI, <br><br> Defendant | Case No. CV 08-1577   EDL <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

1  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
2  substantially affected by the outcome of this proceeding:
3
4      Gallup Business Research Services (d/b/a Gallup Pakistan)
5
6      Dated this 19th day of June, 2008.

7                                          Respectfully submitted,

8
9                                          By: s/ Monica K. Hoppe
                                           Monica K. Hoppe (Bar # 197576)
10                                         HUSCH BLACKWELL SANDERS LLP
                                           1699 Laurelwood Drive
11                                         San Jose, CA 95125
                                           Telephone: (408) 829-2889
12                                         Facsimile: (402) 964-5050
                                           Email: monica.hoppe@huschblackwell.com

13                                         Trenten P. Bausch (*pro hac vice*)
                                           Henry L. Wiedrich (*pro hac vice*)
14                                         HUSCH BLACKWELL SANDERS LLP
                                           1620 Dodge Street, Suite 2100
15                                         Omaha, NE 68102
                                           Telephone: (402) 964-5000
16                                         Facsimile: (402) 964-5050
                                           Email: trent.bausch@huschblackwell.com,
17                                                  henry.wiedrich@huschblackwell.com

18                                         Attorneys for Plaintiff
                                           GALLUP, INC.
19
20
21
22
23
24

OM-267877-1                          2                Gallup, Inc. v. Business Research Bureau and Ijaz Gilani
CERTIFICATION OF INTERESTED                           Case No. CV-08-1577 EDL
ENTITIES OR PERSONS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of June, 2008, I electronically filed the foregoing Certification of Interested Entities or Persons with the Clerk of the Court using the CM/ECF system. I also certify and state that a true and correct copy of the foregoing was sent by United States first class mail, postage prepaid and United States express mail, proof of delivery requested on June 19, 2008, to:

Dr. Ijaz Shafi Gilani

Post Office Box #1055

Islamabad, Pakistan

By: s/ Monica K. Hoppe
Monica K. Hoppe
Counsel for Plaintiff Gallup, Inc.