**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**June 20, 2008**

**CASE NUMBER: CV 08-01577 EDL**
**CASE TITLE: GALLUP INC-v-BUSINESS RESEARCH BUREAU**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/20/08

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects  
Log Book Noted                         Entered in Computer 6/20/08 MAB

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                Transferor CSA