IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP INC., | No. C 08-01577 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| BUSINESS RESEARCH BUREAU, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Case Management Conference previously set for July 1, 2008 at 10:00 a.m. has been rescheduled for **August 21, 2008** at **11:00 a.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.  Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: June 23, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Frank Justiliano
    Courtroom Deputy to the
    Honorable William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GALLUP INC,

        Plaintiff,

v.

BUSINESS RESEARCH BUREAU et al,

        Defendant.
        _____/

Case Number: CV08-01577 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ijaz Shafi Gilani
Post Office Box #1055
Islamabad,

Dated: June 23, 2008

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano, Deputy Clerk