MONICA K. HOPPE (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email: monica.hoppe@huschblackwell.com

TRENTEN P. BAUSCH (admitted *pro hac vice*)
HENRY L. WIEDRICH (admitted *pro hac vice*)
HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Email: trent.bausch@huschblackwell.com, henry.wiedrich@huschblackwell.com

Attorneys for Plaintiff
GALLUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC.,<br><br>            Plaintiff,<br><br>   vs.<br><br>BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN, and IJAZ SHAFI GILANI,<br>            Defendants. | Case No. CV 08-1577   EDL<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies and states that a true and correct copy of the Plaintiff's Rule 26(a)(1) Initial Disclosures, were sent by United States Priority first class mail, postage prepaid, and United States Global Express Mail, proof of delivery requested, on June 24, 2008, to:

Dr. Ijaz Shafi Gilani

Post Office Box #1055

Islamabad, Pakistan

Dated this 24th day of June, 2008.

By: _s/ Monica K. Hoppe_
Monica K. Hoppe
Counsel for Plaintiff Gallup, Inc.