MONICA K. HOPPE (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email: monica.hoppe@huschblackwell.com

TRENTEN P. BAUSCH (*pro hac vice*)
HENRY L. WIEDRICH (*pro hac vice*)
HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Email: trent.bausch@huschblackwell.com, henry.wiedrich@huschblackwell.com

Attorneys for Plaintiff
GALLUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN, and IJAZ SHAFI GILANI, <br> Defendants. | Case No. CV 08-1577   WHA <br><br> Honorable William H. Alsup <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> DATE: September 4, 2008 <br> TIME: 8:00 A.M. <br> COURTROOM: 9, 19th Floor |

**TO DEFENDANT IJAZ SHAFI GILANI:**

PLEASE TAKE NOTICE that on September 4, 2008 at 8:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of Honorable William H. Alsup, located at the United States District Court, 450 Golden Gate Avenue, San Francisco, California, Plaintiff Gallup, Inc. ("Gallup"), by and through its counsel, will and hereby does move for an order granting leave to amend its complaint in this action.

Gallup makes this motion for leave to amend its complaint pursuant to Fed. R. Civ. P. 15(a). In support of this Motion, Gallup states as follows:

1. In its Complaint, Gallup asserts causes of action against Defendants Ijaz Shafi Gilani and Business Research Bureau, d/b/a Gallup Pakistan, ("BRB") for federal trademark infringement, unfair competition, and dilution, as well as causes of action for California unfair competition and unjust enrichment. [Doc. No. 1].

2. In his Answer, Gilani stated that Defendant BRB's proper name is Business Research Bureau (Pvt.) Ltd. and that BRB ceased doing business under the name "Gallup Pakistan" in 1996. [Doc. No. 13 at ¶¶ 6-7].

3. Gilani further stated that the business entity operating under the name "Gallup Pakistan" and operating the website www.gallup.com.pk is Gallup Business Research Services (Pvt.) Ltd. ("GBRS"). [*Id.* at ¶ 10].

4. Gilani makes the above assertions, despite the fact that internet searches of BRB produce links to the website www.gallup.com.pk, and the archived webpages of the website www.gallup.com.pk (with some webpages having dates as late as March 2007) contain the banner: "Gallup/BRB Pakistan, World Leaders in Marketing Research." [Aff. of Hoppe in Support of Motion for Leave to File First Amended Complaint ("Aff. of Hoppe") at ¶¶ 4-5, Ex. A, Ex. B].

5. Accordingly, at the present time, it is unclear whether BRB or GBRS is the business entity operating as "Gallup Pakistan" and/or operating the website gallup.com.pk, or whether both business entities are doing so, in violation of Gallup's exclusive rights to use the mark GALLUP. [Aff. of Hoppe at ¶ 6].

6. Justice requires that Gallup be granted leave to file a First Amended Complaint, in order to name all business entities doing business under the name "Gallup Pakistan" and associated with the website gallup.com.pk, to name Gallup Business Research Services (Pvt.) Ltd. as a defendant in the lawsuit, to correct the name of Defendant Business Research Bureau to Business Research Bureau (Pvt.) Ltd., and to clarify all such other facts as needed.

WHEREFORE, Gallup respectfully requests that the Court enter an order granting it leave to file a First Amended Complaint.

Dated this 18th day of July, 2008.

Respectfully submitted,

By: s/ Monica K. Hoppe
Monica K. Hoppe (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email: monica.hoppe@huschblackwell.com

Trenten P. Bausch (*pro hac vice*)
Henry L. Wiedrich (*pro hac vice*)
HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Email: trent.bausch@huschblackwell.com,
       henry.wiedrich@huschblackwell.com

Attorneys for Plaintiff
GALLUP, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and states that a true and correct copy of the foregoing document was sent by United States first class mail, postage prepaid and United States express mail proof of delivery requested on July 18, 2008, to:

    Dr. Ijaz Shafi Gilani
    Post Office Box #1055
    Islamabad, Pakistan

                                          By: s/ Monica K. Hoppe
                                          Monica K. Hoppe
                                          Counsel for Plaintiff Gallup, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC., <br><br> Plaintiff, <br> vs. <br><br> BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN, and IJAZ SHAFI GILANI, <br> Defendants. | Case No. CV 08-1577 WHA <br><br> Honorable William H. Alsup <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> DATE: September 4, 2008 <br> TIME: 8:00 A.M. <br> COURTROOM: 9, 19th Floor |

Plaintiff Gallup, Inc's Motion for Leave to File a First Amended Complaint in the above-captioned action came on regularly for hearing before the Court on September 4, 2008. The Court, having been fully apprised as to the circumstances of the Motion, hereby finds that Fed. R. Civ. P. 15(a) allows for such amendment; thus, Plaintiff's Motion should be granted.

Accordingly, pursuant to Fed. R. Civ. P. 15(a), it is hereby ordered that Plaintiff's Motion for Leave to File a First Amended Complaint is GRANTED.

1 | Dated: _____.

WILLIAM H. ALSUP
United States District Court Judge

6 | Submitted by:

Monica K. Hoppe (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email: monica.hoppe@huschblackwell.com

Trenten P. Bausch (*pro hac vice*)
Henry L. Wiedrich (*pro hac vice*)
HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Email: trent.bausch@huschblackwell.com,
       henry.wiedrich@huschblackwell.com

OM-267413-1                                    2

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT

Gallup, Inc. v. Business Research Bureau and Ijaz Gilani

Case No. CV-08-1577 WHA

# CERTIFICATE OF SERVICE

The undersigned hereby certifies and states that a true and correct copy of the foregoing document was sent by United States first class mail, postage prepaid and United States express mail proof of delivery requested on July 18, 2008, to:

> Dr. Ijaz Shafi Gilani
> Post Office Box #1055
> Islamabad, Pakistan

By: s/ Monica K. Hoppe
Monica K. Hoppe
Counsel for Plaintiff Gallup, Inc.

OM-267413-1  3
[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT

Gallup, Inc. v. Business Research Bureau and Ijaz Gilani
Case No. CV-08-1577 WHA