1  MONICA K. HOPPE (Bar # 197576)
   HUSCH BLACKWELL SANDERS LLP
2  1699 Laurelwood Drive
   San Jose, CA 95125
3  Telephone:  (408) 829-2889
   Facsimile:  (402) 964-5050
4  Email: monica.hoppe@huschblackwell.com

5  TRENTEN P. BAUSCH (*pro hac vice*)
   HENRY L. WIEDRICH (*pro hac vice*)
6  HUSCH BLACKWELL SANDERS LLP
   1620 Dodge Street, Suite 2100
7  Omaha, NE 68102
   Telephone:  (402) 964-5000
8  Facsimile:  (402) 964-5050
   Email: trent.bausch@huschblackwell.com, henry.wiedrich@huschblackwell.com
9
   Attorneys for Plaintiff
10 GALLUP, INC.

11
                        UNITED STATES DISTRICT COURT
12
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14
   GALLUP, INC.,                          Case No. CV 08-1577   WHA
15
              Plaintiff,                  Honorable William H. Alsup
16        vs.
                                          **NOTICE OF CONTINUANCE OF
17 BUSINESS RESEARCH BUREAU, d/b/a        HEARING ON GALLUP'S
   GALLUP PAKISTAN, and IJAZ SHAFI        MOTION TO FILE AN
18 GILANI,                                AMENDED COMPLAINT**
              Defendants.
19

20

21 **TO DEFENDANT IJAZ SHAFI GILANI:**

22
        PLEASE TAKE NOTICE that the hearing on Plaintiff Gallup, Inc.'s Motion for Leave to
23
   File First Amended Complaint (previously noticed for hearing on September 4, 2008) will be
24

OM-271162-1                        1

Notice of Continuance of Hearing on Gallup's Motion
To File an Amended Complaint

Gallup, Inc. v. Business Research Bureau and Ijaz Gilani

Case No. CV 08-1577 WHA

1  continued on September 11, 2008, at 8:00 a.m., or as soon thereafter as the matter may be heard, in

2  the Courtroom of Honorable William H. Alsup, located at the United States District Court, 450

3  Golden Gate Avenue, San Francisco, California.

4

5        Dated this 7th day of August, 2008.

6
                                        By:    s/ Monica K. Hoppe
7                                              Monica K. Hoppe
                                               HUSCH BLACKWELL SANDERS LLP
8                                              1699 Laurelwood Drive
                                               San Jose, CA 95125
9                                              Telephone:  (408) 829-2889
                                               Facsimile:  (402) 964-5050
10                                             Email:  monica.hoppe@huschblackwell.com

11                                             Trenten P. Bausch *(pro hac vice)*
                                               Henry L. Wiedrich *(pro hac vice)*
12                                             HUSCH BLACKWELL SANDERS
                                               1620 Dodge Street, Suite 2100
13                                             Omaha, Nebraska 68102
                                               Telephone:  (402) 964-5000
14                                             Facsimile:  (402) 964-5050
                                               Email:  trent.bausch@huschblackwell.com
15                                             Email:  henry.wiedrich@huschblackwell.com

16                                             Counsel for Plaintiff Gallup, Inc.

17

18

19

20

21

22

23

24

OM-271162-1                           2

Notice of Continuance of Hearing on Gallup's Motion
To File an Amended Complaint

Gallup, Inc. v. Business Research Bureau and Ijaz Gilani

Case No. CV 08-1577 WHA

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and states that a true and correct copy of the foregoing

document was sent by United States first class mail, postage prepaid and United States express

mail proof of delivery requested on August 7, 2008, to:

Dr. Ijaz Shafi Gilani
Post Office Box #1055
Islamabad, Pakistan

By: s/ Monica K. Hoppe
Monica K. Hoppe
Counsel for Plaintiff Gallup, Inc.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Gallup, Inc. v. Business Research Bureau and Ijaz Gilani

Notice of Continuance of Hearing on Gallup's Motion
To File an Amended Complaint                                                      Case No. CV 08-1577 WHA