MONICA K. HOPPE (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email: monica.hoppe@huschblackwell.com

TRENTEN P. BAUSCH (*pro hac vice*)
HENRY L. WIEDRICH (*pro hac vice*)
HUSCH BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Email: trent.bausch@huschblackwell.com, henry.wiedrich@huschblackwell.com

Attorneys for Plaintiff
GALLUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BUSINESS RESEARCH BUREAU, d/b/a GALLUP PAKISTAN, and IJAZ SHAFI GILANI, <br><br> Defendants. | Case No. CV 08-1577   WHA <br><br> Honorable William H. Alsup <br><br> **AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> DATE: September 11, 2008 <br> TIME: 8:00 A.M. <br> COURTROOM: 9, 19th Floor |

**TO DEFENDANT IJAZ SHAFI GILANI:**

1  PLEASE TAKE NOTICE that on September 11, 2008 at 8:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of Honorable William H. Alsup, located at the United States District Court, 450 Golden Gate Avenue, San Francisco, California, Plaintiff Gallup, Inc. ("Gallup"), by and through its counsel, will and hereby does move for an order granting leave to amend its complaint in this action.

Gallup makes this motion for leave to amend its complaint pursuant to Fed. R. Civ. P. 15(a). In support of this Motion, Gallup states as follows:

1. In its Complaint, Gallup asserts causes of action against Defendants Ijaz Shafi Gilani and Business Research Bureau, d/b/a Gallup Pakistan, ("BRB") for federal trademark infringement, unfair competition, and dilution, as well as causes of action for California unfair competition and unjust enrichment. [Doc. No. 1].

2. In his Answer, Gilani stated that Defendant BRB's proper name is Business Research Bureau (Pvt.) Ltd. and that BRB ceased doing business under the name "Gallup Pakistan" in 1996. [Doc. No. 13 at ¶¶ 6-7].

3. Gilani further stated that the business entity operating under the name "Gallup Pakistan" and operating the website www.gallup.com.pk is Gallup Business Research Services (Pvt.) Ltd. ("GBRS"). [*Id.* at ¶ 10].

4. Since Gallup filed its original Motion for Leave to File Amended Complaint, Gilani provided partial responses to Gallup's Requests for Admissions, stating that he is the Chief Executive of another separate entity, Gallup Pakistan (Private) Limited ("Gallup Pakistan Ltd.") that also does business under the name "Gallup Pakistan." [Supplemental Declaration. of Hoppe in Support of Motion for Leave to File First Amended Complaint ("Decl. of Hoppe") at ¶ 8, Ex. C].

5. Gilani makes the above assertions, despite the fact that internet searches of BRB produce links to the website www.gallup.com.pk, and the archived webpages of the website www.gallup.com.pk (with some webpages having dates as late as March 2007) contain the banner: "Gallup/BRB Pakistan, World Leaders in Marketing Research." [Decl. of Hoppe at ¶¶ 4-5, Ex. A, Ex. B].

6. Accordingly, at the present time, it is unclear whether BRB, GBRS, or Gallup Pakistan Ltd. is the entity operating as "Gallup Pakistan" and/or operating the website gallup.com.pk, or whether all three business entities are doing so, in violation of Gallup's exclusive rights to use the mark GALLUP. [Decl. of Hoppe at ¶ 6].

7. Justice requires that Gallup be granted leave to file a First Amended Complaint, attached as Exhibit D to the Supplemental Declaration of Hoppe, in order to name all business entities doing business under the name "Gallup Pakistan" and associated with the website gallup.com.pk, to name Gallup Business Research Services (Pvt.) Ltd. and Gallup Pakistan (Pvt.) Limited as defendants in the lawsuit, to correct the name of Defendant Business Research Bureau to Business Research Bureau (Pvt.) Ltd., and to clarify all such other facts as needed.

WHEREFORE, Gallup respectfully requests that the Court enter an order granting it leave to file the First Amended Complaint.

Dated this 7th day of August, 2008.

Respectfully submitted,

By:   s/ Monica K. Hoppe
Monica K. Hoppe (Bar # 197576)
HUSCH BLACKWELL SANDERS LLP
1699 Laurelwood Drive
San Jose, CA 95125
Telephone: (408) 829-2889
Facsimile: (402) 964-5050
Email: monica.hoppe@huschblackwell.com

| | |
|---|---|
| 1 | Trenten P. Bausch (*pro hac vice*) |
| 2 | Henry L. Wiedrich (*pro hac vice*)<br>HUSCH BLACKWELL SANDERS LLP |
| 3 | 1620 Dodge Street, Suite 2100<br>Omaha, NE 68102 |
| 4 | Telephone: (402) 964-5000<br>Facsimile: (402) 964-5050 |
| 5 | Email: trent.bausch@huschblackwell.com,<br>         henry.wiedrich@huschblackwell.com |
| 6 | Attorneys for Plaintiff<br>GALLUP, INC. |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies and states that a true and correct copy of the foregoing document was sent by United States first class mail, postage prepaid and United States express mail proof of delivery requested on August 7, 2008, to:

>Dr. Ijaz Shafi Gilani
>Post Office Box #1055
>Islamabad, Pakistan

>By: s/ Monica K. Hoppe
>Monica K. Hoppe
>Counsel for Plaintiff Gallup, Inc.