To : The Chief Clerk
US District Court
NORTHERN DISTRICT OF CALIFORNIA (San Francisco)
Fax No : 415 522 3605

FILED
08 AUG 15 PM 3: 14

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue 16th Floor Room 11-11

San Francisco, California 94102

From :

IJAZ SHAFI GILANI
P.O. BOX 1055
ISLAMABAD
PAKISTAN

FILE VIA FAX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER: CV 08-1577 WHA
GALLUP INC. V. BRB et al
Assigned to Honorable Judge William Alsup

EX PARTE REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT CONFERENCE AND ORDER

URGENT

Sent by fax and simultaneously mailed by courier

I am a defendant in the case Gallup Inc. v. BRB et al. I hereby request the court's permission to appear telephonically at the Case Management Conference, currently scheduled for Aug 21, 2008, 11 a.m., in Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102

I make this request on behalf of compelling circumstances. As indicated earlier in my Answer filed in this honorable court, I am neither a citizen nor resident of the United States of America, nor do I own any assets there. I am a citizen and resident of the Islamic Republic of Pakistan. I have not even been properly served any complaint. I am

CV 08-1577:: **REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY**

AUG 15 2003 1:40PM  A & A LEGAL SERVICE 6506974640       NO.6956  P.3
Case 3:08-cv-01577-WHA    Document 44    Filed 08/19/2008    Page 2 of 2

2

defending this suit *pro se* because I do not have the financial means to employ the services of a lawyer in the United States.

Currently, as at most times, I am not in USA. Only rarely have I traveled to the USA; mostly, it has been upon invitation by others who also finance the trip. Traveling all the way to the United States of America to attend the scheduled Case Management Conference would be very costly for me, both in terms of money and time - it would be unduly burdensome and nearly impossible.

Therefore, I request the court's permission to attend the scheduled case management conference by telephone.

Sincerely,

Ijaz Gilani

### ORDER

Upon application by the *pro se* Defendant, Ijaz Gilani, and good cause appearing, therefore, it is hereby ordered that defendant may appear telephonically on the case Management Conference scheduled for August 21, 2008.

Please telephone the court at 415-522-2129 at 10:55 a.m. PDT on August 21, 2008.

Date:   August 19, 2008.



IT IS SO ORDERED
Judge William Alsup

CV 08-1577:: **REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY**