IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GALLUP, INC.,

    Plaintiff,

    v.

BUSINESS RESEARCH BUREAU d/b/a GALLUP PAKISTAN, and IJAZ SHAFT GILANI,

    Defendants.

No. C 08-01577 WHA

**CASE MANAGEMENT ORDER FOLLOWING TELEPHONE HEARING ON 8/21/2008**

    A case management conference was held on August 21, 2008, wherein the pro se defendant Gilani appeared by telephone from Pakistan and counsel for plaintiff appeared personally in the courtroom. The Court makes the following rulings:

    1. The pending motion to amend is **GRANTED** and the amended complaint must be properly and promptly served by plaintiff.

    2. Defendant Gilani was allowed to appear pro se by telephone from Pakistan (where he lives) but the connection went dead repeatedly and even when connected the sound quality was poor such that most of what was said went ungrasped. In the future, appearances must be in person and/or perhaps motions shall be decided on the papers without hearing.

    3. The first order of business is to decide whether this Court has personal jurisdiction over defendants. By **SEPTEMBER 25, 2008**, defendants must file and serve any

motion to dismiss or other Rule 12 motion, to be heard on a normal 35-day track.  All filings shall be by email as well as any official service required by the rules.

4. All other case management deadlines shall await resolution of the motion.

5. If no timely motion is made, then plaintiff may move for default, subject to proving jurisdiction and service and other *Eitel* factors.

6. To doubly ensure actual notice, plaintiff's counsel shall immediately email a copy of this order to defendants as well as all future orders and filings.

**IT IS SO ORDERED.**

Dated:  August 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GALLUP INC,

        Plaintiff,

v.

BUSINESS RESEARCH BUREAU et al,

        Defendant.
_____/

Case Number: CV08-01577 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ijaz Shafi Gilani
Post Office Box #1055
Islamabad, Pakistan

Dated: August 22, 2008

        Richard W. Wieking, Clerk
        By: Dawn Toland, Deputy Clerk