**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 21, 2008

Case No. C 08-01577 WHA

Title: GALLUP INC v. BUSINESS RESEARCH BUREAU

Plaintiff Attorneys: Monica Hoppe

Defense Attorneys: Ijaz Gilani (by phone)

Deputy Clerk: Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1) CMC - HELD

2)

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Defendant was allowed to specially appear by phone from Pakistan.

Court granted plaintiff's motion to amend the complaint. Defendant shall file a motion to dismiss. Due to the bad connection, the Court was unable to proceed further and will issue a scheduling order. Defendant will need to be present in the future or motion may be decided on the papers.