IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC., | |
| Plaintiff, | No. C 08-01577 WHA |
| v. | |
| BUSINESS RESEARCH BUREAU d/b/a GALLUP PAKISTAN, and IJAZ SHAFT GILANI, | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |
| Defendants. / | |

The Court has received defendant Ijaz Shaft Gilani's motion to dismiss. Gilani, however, failed to notice a hearing date for the motion. Accordingly, plaintiff's opposition will be due on **OCTOBER 9, 2008**, and any reply will be on **OCTOBER 16, 2008**. There will be no hearing on the motion unless the Court finds it necessary after reviewing the briefing.

**IT IS SO ORDERED.**

Dated: September 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE