IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GALLUP, INC.,

    Plaintiff,

  v.

BUSINESS RESEARCH BUREAU d/b/a GALLUP PAKISTAN, and IJAZ SHAFT GILANI,

    Defendants.

No. C 08-01577 WHA

**ORDER EXTENDING DEADLINES**

    Per plaintiff's motion to extend deadlines for the motion to dismiss, the Court **EXTENDS** the briefing schedule as follows:

    Opposition: October 16, 2008;

    Reply: October 23, 2008.

Plaintiff's declaration is vague and does not warrant any longer continuance, especially in light of the need for law clerk continuity.

    **IT IS SO ORDERED.**

Dated: October 8, 2008.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*