IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BUSINESS RESEARCH BUREAU (PVT.) LTD., d/b/a GALLUP PAKISTAN, IJAZ SHAFT GILANI, GALLUP BUSINESS RESEARCH SERVICES (PVT.) LTD., d/b/a GALLUP PAKISTAN, and d/b/a GALLUP PAKISTAN (PVT.) LTD.<br><br>    Defendants.<br>                                                         / | No. C 08-01577 WHA<br><br>**ORDER RE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

The hearing on plaintiff's motion for default judgment, currently set for Thursday, February 26, 2009, is hereby **VACATED**. The hearing will be moved to **MARCH 12, 2009** to provide defendant Ijaz Gilani, who is appearing *pro se*, time to file an amended answer. A party is required to file a response to an amended pleading. Defendant Gilani must file an answer to plaintiff's amended complaint by **NOON ON MARCH 10, 2009**. If defendant Gilani does not file an answer on March 10, the hearing on the motion for default judgment will be held on March 12 and default judgment may be entered. If defendant Gilani timely files an answer, the hearing will not be held.

**IT IS SO ORDERED.**

Dated: February 18, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE