IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP INC, <br><br> Plaintiff, <br><br> v. <br><br> BUSINESS RESEARCH BUREAU (PVT.) LTD., d/b/a GALLUP PAKISTAN, IJAZ SHAFT GILANI, GALLUP BUSINESS RESEARCH SERVICES (PVT.) LTD., d/b/a GALLUP PAKISTAN, and d/b/a GALLUP PAKISTAN (PVT.) LTD. <br><br> Defendants. <br> / | No. C 08-01577 WHA <br><br> **ORDER RE MOTION FOR DEFAULT JUDGMENT AND MARCH 12 HEARING** |

On February 18, the Court ordered defendant Gilani to file an answer to plaintiff's amended complaint by Noon on March 10, 2009. The order stated that "[i]f defendant Gilani does not file an answer on March 10, the hearing on the motion for default judgment will be held on March 12 and default judgment may be entered" (Dkt. 84). The Court has received defendant Gilani's answer, which was timely filed before Noon on March 10. Because defendant Gilani has complied with the February 18 order, the hearing on the motion for default judgment scheduled for March 12 is hereby **VACATED**. The motion for default judgment will be decided on the papers.

**IT IS SO ORDERED.**

Dated: March 10, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE