UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GALLUP INC,

        Plaintiff,

  v.

BUSINESS RESEARCH BUREAU et al,

        Defendant.

Case Number: CV08-01577 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ijaz Shafi Gilani
Post Office Box #1055
Islamabad, Pakistan

Dated: February 12, 2010

        Richard W. Wieking, Clerk
        By: Dawn Toland, Deputy Clerk