IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC., | No. C 08-01577 WHA |
| Plaintiff, | |
| v. | **NOTICE TO DEFENDANT REGARDING FEDERAL PRO BONO PROJECT** |
| BUSINESS RESEARCH BUREAU (PVT.) LTD., d/b/a GALLUP PAKISTAN, IJAZ SHAFI GILANI, GALLUP BUSINESS RESEARCH SERVICES (PVT.) LTD., d/b/a PAKISTAN (PVT.) LTD., | |
| Defendants. | |

In the event that a trial on the merits is warranted, defendant Gilani — who has been proceeding *pro se* — must appear or retain counsel to appear on his behalf. Defendant, however, has stated on numerous occasions (including in a recent declaration) that he sought representation in the United States but was unable to afford retained counsel (*see* Dkt. No. 110 ("Gilani Decl.") ¶ 8). This notice informs defendant that he may request, by letter or motion to the Court, the appointment of an attorney to represent him in this litigation. This request, however, *will not guarantee that a pro bono attorney will be appointed*. If such a request is made, the Court will refer the action to the Federal Pro Bono Project for evaluation.

For additional information on the Federal Pro Bono Project, defendant should visit the Northern District of California website at http://www.cand.uscourts.gov/ and click on the "Pro Bono Project Guidelines" link.

Any request or motion by defendant for the appointment of counsel must be received by the Court no later than **FRIDAY, APRIL 9, 2010**.

Dated: March 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE