IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GALLUP, INC.,

    Plaintiff,

  v.

BUSINESS RESEARCH BUREAU (PVT.) LTD., d/b/a GALLUP PAKISTAN, IJAZ SHAFI GILANI, GALLUP BUSINESS RESEARCH SERVICES (PVT.) LTD., d/b/a PAKISTAN (PVT.) LTD.,

    Defendants.

No. C 08-01577 WHA

**ORDER REFERRING DEFENDANT TO FEDERAL PRO BONO PROJECT**

    The undersigned has received *pro se* defendant Ijaz Shafi Gilani's request for counsel to assist him in this matter (filed alongside this order). Good cause appearing, defendant Gilani shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco a copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the Bar Association of San Francisco that an attorney has been located to represent defendant Gilani, that attorney shall be appointed as counsel for defendant Gilani in this matter until further order of the Court.

Defendant Gilani is reminded that referral to the Federal Pro Bono Project does *not* guarantee, in any way, that *pro bono* counsel will be appointed.

**IT IS SO ORDERED.**

Dated: April 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE