IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GALLUP, INC.,

    Plaintiff,

  v.

BUSINESS RESEARCH BUREAU (PVT.) LTD., d/b/a GALLUP PAKISTAN, IJAZ SHAFI GILANI, GALLUP BUSINESS RESEARCH SERVICES (PVT.) LTD., d/b/a PAKISTAN (PVT.) LTD.,

    Defendants.

No. C 08-01577 WHA

**ORDER APPOINTING COUNSEL**

    Because defendant Ijaz Shafi Gilani has requested and is in need of counsel to assist him in this matter, and a volunteer attorney is willing to be appointed to undertake his representation at the request of the Federal Pro Bono Project, Attorney Karen Johnson-McKewan of Orrick, Herrington & Sutcliffe LLP is hereby appointed as counsel for defendant Gilani in this matter for all purposes leading up to and including, if necessary, trial.

    **IT IS SO ORDERED.**

Dated: April 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE