**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GALLUP, INC.,

　　　　　　Plaintiff,

　　v.

BUSINESS RESEARCH BUREAU (PVT.)
LTD., d/b/a GALLUP PAKISTAN, IJAZ
SHAFI GILANI, GALLUP BUSINESS
RESEARCH SERVICES (PVT.) LTD.,
d/b/a PAKISTAN (PVT.) LTD.,

　　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　／

No. C 08-01577 WHA

**ORDER REGARDING
DISCOVERY MOTION**

　　　　Newly appointed counsel for defendant Ijaz Shafi Gilani shall please respond to the

administrative motion filed by plaintiff **BY NOON ON MONDAY, APRIL 19**.

　　　　**IT IS SO ORDERED.**

Dated:  April 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE