IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GALLUP, INC.,

    Plaintiff,

v.

BUSINESS RESEARCH BUREAU d/b/a GALLUP PAKISTAN, and IJAZ SHAFT GILANI,

    Defendants.
                               /

No. C 08-01577 WHA

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND VACATING HEARING**

       As set forth in the recent case management order, plaintiff was ordered to file a motion for summary judgment on the lingering jurisdictional issues in this extraterritorial trademark action by August 5, 2010, with a hearing scheduled for September 16 (Dkt. No. 128). No summary judgment motion was filed. Instead, plaintiff left a voice mail with the clerk explaining that the parties had reached a "settlement" and that no motion was necessary.

       The parties are reminded that until and unless a stipulated dismissal is filed, all court-ordered deadlines must be followed. A pending "settlement" and ongoing negotiations do not excuse missed deadlines. While an order to show cause would normally have been issued, given the unique circumstances of this action, a further case management conference is now scheduled for **11 A.M. ON SEPTEMBER 16** (the same day that the hearing was to occur) to discuss

whether plaintiff's case should be dismissed for want of prosecution or to set dates for trial, if necessary.

The hearing on the summary judgment motion is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE