MONICA K. HOPPE (Bar # 197576)
HUSCH BLACKWELL LLP
1591 Peregrino Way
San Jose, CA 95125
Telephone:   (408) 829-2889
Facsimile:   (402) 964-5050
Email: monica.hoppe@huschblackwell.com

TRENTEN P. BAUSCH (pro hac vice)
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER
1125 S. 103rd St., #600
Omaha, NE 68124
Telephone:   (402) 397-1700
Facsimile:   (402) 397-1806
Email: tbausch@clinewilliams.com

HENRY L. WIEDRICH (pro hac vice)
HUSCH BLACKWELL LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone:   (402) 964-5000
Facsimile:   (402) 964-5050
Email: henry.wiedrich@huschblackwell.com

Attorneys for Plaintiff
GALLUP, INC.

KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
THERESA A. SUTTON (SBN 211857)
tsutton@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendant
IJAZ SHAFI GILANI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OM-312654                                                    1

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE (CASE NO. CV 08-1577 WHA)
OMA-312654-1

| | |
|---|---|
| GALLUP, INC., | Case No. CV 08-1577 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR TWO WEEKS** |
| BUSINESS RESEARCH BUREAU (PVT.) LTD., d/b/a GALLUP PAKISTAN, IJAZ SHAFI GILANI, GALLUP BUSINESS RESEARCH SERVICES (PVT.) LTD., d/b/a GALLUP PAKISTAN, and GALLUP PAKISTAN (PVT.) LTD. | Date: September 16, 2010<br>Time: 11:00 A.M.<br>Place: Courtroom 9, 19th Floor |
| Defendants. | |

Pursuant to Northern District of California Civil Local Rules 6-2, 7-12, and 16-2, Plaintiff Gallup, Inc. ("Gallup") and Defendant Ijaz Shafi Gilani ("Gilani") jointly submit this stipulation requesting an Order continuing and rescheduling the Case Management Conference currently scheduled for September 16, 2010, to October 14, 2010, to allow the parties time to finalize an agreement to settle the matter.

**IT IS HEREBY STIPULATED**, by and between Gallup and Gilani, and through their respective attorneys, that:

1. The parties have agreed on the terms of an agreement to settle this matter and are currently finalizing the specific language to be used for purposes of a Settlement Agreement.

2. Given the unique circumstances of this case and complications arising from the fact that Defendant Gilani resides in Pakistan, finalizing the Settlement Agreement has taken longer than expected or is typical.

3. Continuing the Case Management Conference will not impact other dates set by the Court as there are no pending dates or deadlines currently set in the matter and the purpose of the Case Management Conference was to establish dates related to the progression of the case.

4. This request for a continuance of the Case Management Conference is made in the interest of justice and not for purposes of delay.

WHEREFORE, Gallup and Gilani pray that the Court enter an Order continuing and

rescheduling the Case Management Conference currently scheduled for September 16, 2010, to October 14, 2010, to allow the parties an opportunity to finalize settlement of this matter.

Dated:  September 8, 2010                    Respectfully submitted,

                                                                HUSCH BLACKWELL LLP
                                                               Cline Williams Wright
                                                               Johnson & Oldfather, LLP

                                            By: /s/ Monica K. Hoppe
                                                 Monica K. Hoppe
                                                 Trenten P. Bausch (*Pro Hac Vice*)
                                                 Henry L. Wiedrich (*Pro Hac Vice*)
                                                 Counsel for Plaintiff Gallup, Inc.

Dated:  September 8, 2010                    Respectfully submitted,

                                                 ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            By: /s/ Theresa A. Sutton
                                                 Theresa A. Sutton
                                                 Karen G. Johnson-McKewan
                                                 Attorneys for Defendant Ijaz Shafi Gilani

# ~~PROPOSED~~ ORDER

The undersigned judge will not continue the case management conference for four additional weeks while the supposed settlement is finalized.  The parties will have until September 30 to finalize their settlement and file a stipulated dismissal of this action.  The case management conference will be **CONTINUED** for two weeks to 11:00 a.m. on September 30, 2010.  This two-week extension is only being granted due to the unusual circumstances of this action.  If no dismissal is filed by this deadline, the parties must attend the conference and a trial schedule and other appropriate deadlines will be set.  **No further requests for deadline extensions will be granted.**  While this case is ususual, it cannot remain at a standstill while counsel engage in settlement negotiations.

**IT IS SO ORDERED.**

Dated:   September 10, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE