MONICA K. HOPPE (Bar # 197576)
HUSCH BLACKWELL LLP
1591 Peregrino Way
San Jose, CA 95125
Telephone:    (408) 829-2889
Facsimile:    (402) 964-5050
Email: monica.hoppe@huschblackwell.com

TRENTEN P. BAUSCH (pro hac vice)
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER
1125 S. 103rd St., #600
Omaha, NE 68124
Telephone:    (402) 397-1700
Facsimile:    (402) 397-1806
Email: tbausch@clinewilliams.com

HENRY L. WIEDRICH (pro hac vice)
HUSCH BLACKWELL LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone:    (402) 964-5000
Facsimile:    (402) 964-5050
Email: henry.wiedrich@huschblackwell.com

Attorneys for Plaintiff
GALLUP, INC.

KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
THERESA A. SUTTON (SBN 211857)
tsutton@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
IJAZ SHAFI GILANI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLUP, INC., | Case No. CV 08-1577 WHA |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER |
| BUSINESS RESEARCH BUREAU (PVT.) LTD., d/b/a GALLUP PAKISTAN, IJAZ SHAFI GILANI, GALLUP BUSINESS RESEARCH SERVICES (PVT.) LTD., d/b/a GALLUP PAKISTAN, and GALLUP PAKISTAN (PVT.) LTD. | |
| Defendants. | |

WHEREAS, Plaintiff Gallup, Inc. ("Gallup") filed its Amended Complaint for Federal Trademark Infringement, Unfair Competition and Dilution, California Unfair Competition, and Unjust Enrichment against Gallup Business Research Services Pvt. Ltd., Gallup Pakistan Pvt. Ltd., Business Research Bureau, and Ijaz Shafi Gilani on August 22, 2008;

WHEREAS, Plaintiff and Defendant Ijaz Shafi Gilani settled this matter on or about September 30, 2010;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Gilani through their designated counsel that the above-entitled action should be dismissed without prejudice as to all named defendants pursuant to FRCP 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: September 30, 2010

Respectfully submitted,

HUSCH BLACKWELL LLP
Cline Williams Wright
Johnson & Oldfather, LLP

By: /s/ Monica K. Hoppe
Monica K. Hoppe
Trenten P. Bausch (*Pro Hac Vice*)
Henry L. Wiedrich (*Pro Hac Vice*)
Counsel for Plaintiff Gallup, Inc.

Dated: September 30, 2010            Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Theresa A. Sutton
Theresa A. Sutton
Karen G. Johnson-McKewan
Attorneys for Defendant Ijaz Shafi Gilani

Filer's attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Theresa A. Sutton.

Dated: September 30, 2010            Respectfully submitted,

By: /s/ Monica K. Hoppe
Monica K. Hoppe
Counsel for Plaintiff Gallup, Inc.

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
**THE CLERK SHALL CLOSE THE FILE.**

Dated: September 30, 2010.

_____
Honorable William H. Alsup
United States District Judge